# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SUSAN MARIE BANKOSZ,            )
                                )
    Plaintiff,                  )   Case No. 2:12-cv-01502-JCM-PAL
                                )
vs.                             )   **ORDER**
                                )
BIG DADDY'S ICHABOD'S 1, INC., *et al.*,  )   Motion for Exception from
                                )   ENE Attendance (#27)
    Defendants.                 )
_____)

       This matter comes before the Court on Defendants' Request for Exception from Attendance at Early Neutral Evaluation ("ENE") (#27), filed on January 16, 2013. Plaintiff filed a timely Opposition (#28) on January 16, 2013. The ENE for this case is scheduled for February 7, 2013. Defendants seek exception from the attendance requirement for representatives of their insurance carriers Companion Property and Hanover Insurance. Representatives for both carriers reside in New England and are willing to participate in the ENE telephonically. Although mindful of the burden of travel, the Court agrees with Plaintiff that personal attendance at ENEs is integral to their success. Therefore, at least one representative with full settlement authority from at least one of Defendants' insurance carriers shall be present at the February 7, 2013 ENE. Accordingly,

       **IT IS HEREBY ORDERED** that Defendant's Request for Exception from Attendance at Early Neutral Evaluation (#27) is **denied**.

       **IT IS FURTHER ORDERED** that at least one representative with full settlement authority from at least one of Defendants' insurance carriers shall be present at the February 7, 2013 ENE.

       DATED this 23rd day of January, 2013.

                                            _____
                                            GEORGE FOLEY, JR.
                                            United States Magistrate Judge