# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SUSAN MARIE BANKOSZ,

    Plaintiff(s),

v.

BIG DADDY'S ICHABOD'S 1, INC., et al.,

    Defendant(s).

2:12-CV-1502 JCM (PAL)

## ORDER

Presently before the court is defendant's, Big Daddy's Ichabod's 1, Inc., motion to dismiss. (Doc. # 7). Plaintiff filed a response (doc. # 13), and defendant filed a reply (doc. # 16).

The parties in this case have reached settlements. (*See* docs. ## 34 & 47). The settlements have mooted the pending motion to dismiss.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's, Big Daddy's Ichabod's 1, motion to dismiss (doc. # 7) be, and the same hereby, is DENIED as moot.

DATED March 26, 2013.

*[signature]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**