# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN MARIE BANKOSZ,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>BIG DADDY'S ICHABOD'S 1, INC.,<br>et al.,<br><br>　　　　Defendant(s). | 2:12-CV-1502 JCM (PAL) |

## ORDER

Presently before the court is defendant's, Big Daddy's Ichabod's 1, Inc., motion to dismiss. (Doc. # 7). Plaintiff filed a response (doc. # 13), and defendant filed a reply (doc. # 16).

The parties in this case have reached settlements. (*See* docs. ## 34 & 47). The settlements have mooted the pending motion to dismiss.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's, Big Daddy's Ichabod's 1, motion to dismiss (doc. # 7) be, and the same hereby, is DENIED as moot.

DATED March 26, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ James C. Mahan
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**